# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 23, 2009

Marilyn Kelly,
Chief Justice

137269(53)

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

WALGREEN COMPANY,
      Petitioner-Appellant,

v

MACOMB TOWNSHIP,
      Respondent-Appellee.

SC: 137269
COA: 276829
MTT: 00-299458

_____/

      On order of the Court, the motion for reconsideration of this Court's December 30, 2008 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 23, 2009

_____
Clerk

d0316